ACCEPTED
01-15-00303-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:33:29 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00303-CR

| | |
|---|---|
| **GARY LAVERN WYMORE AKA CALVIN JOE MCCOLLOM,** **APPELLANT** | **IN THE COURT OF APPEALS** |
| **V.** | **FIRST SUPREME JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS,** **APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:33:29 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of DRIVING WHILE INTOXICATED 3rd OR MORE, and was sentenced on February 26, 2015. The trial case was styled as *State of Texas v. Gary Lavern Wymore AKA Calvin Joe McCollom*, in the 405th Judicial District Court of Galveston County, Texas, Cause No. 14-CR-1334. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 9/1/2015.

2. The present due date for filing the State's brief is 10/1/2015.

3. The State has attempted to get a copy of the Reporter's Record from the District Clerk's Office, but it is not available.

4. This is the State's first motion for extension of time to file its brief.

1

5. The State requests an extension to file its brief on or before 12/1/2015.

6. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

   - Completed a reply brief on a lengthy trial in *Henry Tobar v. State*, 14-15-00011-CR & 14-15-00012-CR on 9/29/2015.

   - Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 4 post-conviction writ answers on case numbers: 11-CR-1752-83-2 (*Sheron Terrell*); 91-CR-0155-83-7 (*Thomas Wayne Florence*); 14-CR-1504-83-1 (*Cecil Gene Walker*); 12-CR-2766-83-1 (*Wilford Peterson*).

7. The State must also complete its response brief to *Jose Pablo Lopez v. State*, 01-15-00055-CR, due on 11/2/2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until December 1, 2015.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 294 words.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Joseph Kyle Verret, Attorney for Appellant, at kyle@verretlaw.com, on October 1, 2015.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on October 1, 2015, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on October 1, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4